JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JEFFREY AC, SR., individually and as Next Friend or Guardian ad litem of J.A-P., a Minor, et al.<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | No. CV 14-7862-GW(AJWx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Honorable George Wu |

The parties, having filed a Stipulation for Compromise Settlement and Dismissal, and in conjunction with the Minor's Compromise approved by the Court (Dkt. 53),

IT IS HEREBY ORDERED:

1. Plaintiffs' action is dismissed with prejudice in its entirety;
2. The parties shall each bear their own costs of suit and fees; and
3. The Court retains jurisdiction pending payment of settlement.

The parties shall advise the Court when Plaintiffs receive payment.

Dated: November 3, 2015

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE

1